**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Hryniewicki, <br><br> Plaintiff(s), <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant(s). | Case No. 19-cv-07569 <br> Judge Robert M. Dow |

## ORDER

Upon review of the joint status report [30] filed on March 4, 2020, at the request of Plaintiff Martin Ragsdale and the putative class members, Ragsdale v. Amazon Web Services, Inc., 20-cv-560, is dismissed without prejudice as to Plaintiff Martin Ragsdale and the putative class members. In regard to the parties' disagreement over whether jurisdictional discovery is necessary, while the Court is skeptical that Plaintiffs' existing complaint meets the standard for a prima facie case justifying jurisdictional discovery, FRCP 15(a) directs courts to "freely give leave" to file an amended complaint "when justice so requires." Given that directive and Plaintiffs' offer to "flesh out her jurisdictional allegations" in an amended complaint [30, at 3], Plaintiff Hryniewicki is given leave to file an amended complaint by April 13, 2020; Defendant is given until May 11, 2020 to file a responsive pleading. The status hearing set for 4/21/2020 at 9:00 a.m. is stricken and reset to May 19, 2020 at 9:00 a.m.

Date: 3/11/2020                                                       /s/ Judge Dow