## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Asia Hryniewicki

                        Plaintiff,

v.                                                   Case No.: 1:19–cv–07569
                                                              Honorable Robert M. Dow Jr.

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 20, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the filing of a notice of voluntary dismissal [58] on 12/18/2020, this action is dismissed without prejudice as to all claims asserted by Plaintiff and the putative class. Motion to remand [49] is stricken as moot. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.